**Brandon T. SHEETS, Plaintiff–Appellant**

v.

**Clayton EDWARDS, Captain, White County Detention Center; Jeff Hacker, Corporal, White County Detention Center; Sanchez, Dr., White County Detention Center; Advanced Medical, Defendants–Appellees.**

No. 12–2922.

United States Court of Appeals, Eighth Circuit.

Submitted: March 14, 2013.

Filed: March 19, 2013.

Brandon T. Sheets, Searcy, AR, pro se.

Robert L. Beard, Jr., Jason E. Owens, Rainwater & Holt, Benjamin Davis Jackson, Mitchell & Williams, Little Rock, AR, Russell A. Wood, Wood Law Firm, Russellville, AR, for Defendants–Appellees.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Former inmate Brandon T. Sheets appeals from the judgment of the District Court [1] granting summary judgment to the defendants in his 42 U.S.C. § 1983 action. Upon de novo review of the record, *see Carpenter v. Gage*, 686 F.3d 644, 648 (8th Cir.2012), *cert. denied*, —— U.S. ——, 133 S.Ct. 955, 184 L.Ed.2d 728 (2013) (stan-

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recom-mendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.

dard of review), and careful consideration of the issues Sheets identifies on appeal, we find no basis for reversal. The judgment of the District Court is affirmed.